Sean Halloran, Alaska Bar 9211080
shalloran@littler.com
LITTLER MENDELSON
310 K Street, Suite 400
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

MEGHAN L. FASHJIAN,

      Plaintiff,

    v.

ALASKA RADIOLOGY ASSOCIATES, INC.,

      Defendants.

Case No. 3:18-cv-_____

## DEFENDANT'S NOTICE OF REMOVAL

**To:    The Judges and Clerk of the United States District Court for the District of Alaska**

    PLEASE TAKE NOTICE that Defendant Alaska Radiology Associates, Inc. hereby removes this action to this Court from the Superior Court for the State of Alaska Third Judicial District at Anchorage pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, and 1446, to the United States District Court for the District of Alaska. The removal is based on the following grounds:

LITTLER MENDELSON
310 K Street, Suite 400
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215

## STATE COURT ACTION

1.      On December 20, 2017, Plaintiff Meghan L. Fashjian ("Plaintiff") commenced a civil action in the Superior Court for the State of Alaska Third Judicial District at Anchorage captioned *Meghan L. Fashjian v. Alaska Radiology Associates, Inc.,* Case No. 3AN-17-11305 CI ("State Court Action"), in which she alleges claims arising out of the termination of her employment with Defendant. Pursuant to 28 U.S.C. § 1446(a), all state court papers served on Defendant at the time of the removal, consisting of a Complaint and Summons and Notice to Both Parties of Judicial Assignment filed in the State Court Action, are attached hereto as **Attachment A**.

2.      The documents in **Attachment A** are the only process, pleading, or order served on any party in the State Court Action as of the date of this Notice of Removal.

## FEDERAL QUESTION JURISDICTION

3.      This action may be removed pursuant to 28 U.S.C. § 1441 because the action involves a claim or right arising under the laws of the United States, as Plaintiff's first claim for relief is based upon alleged violations of Title VII of the Civil Rights Act of 1964. *See* **Attachment A**, Complaint Count I.

4.      This Court has original jurisdiction over the federal claim pursuant to 28 U.S.C. § 1331.

5.      This Court has supplemental jurisdiction over the state claim (Count II) pursuant to 28 U.S.C. § 1367(a), as the state claim forms part of the same case or controversy as the federal claim.

**LITTLER MENDELSON**
310 K Street, Suite 400
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215

**ACTION REMOVABLE**

6.      Pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, and 1446, removal of the above-captioned state court action to this Court is appropriate.

7.      Pursuant to 28 U.S.C. § 1441(a), removal is made to this Court as the District and Division embracing the place where the State Court Action is pending.

8.      Defendant has good and sufficient defenses to this action and does not waive any defenses by filing this Notice of Removal.

9.      This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) as it has been filed within 30 days of receipt of the Summons and Complaint by Defendant in this action on April 14, 2018.

10.     This Notice of Removal is being served on Plaintiff and a copy of this Notice of Removal is being filed with the Clerk of the Superior Court for the State of Alaska Third Judicial District at Anchorage, as required by 28 U.S.C. § 1446(d).

Dated this 1st day of May, 2018.

LITTLER MENDELSON
Attorneys for Alaska Radiology Associates


By:  */s/ Sean Halloran*
Sean Halloran
Alaska Bar 9211080

CERTIFICATE OF SERVICE:
I hereby certify that on the 2nd day of
May, 2018, I caused a true and correct copy
of the foregoing document to be served on:
        Isaac D. Zorea
        P.O. Box 210434
        Anchorage, Alaska  99521
By ☐ Hand   ☑ Mail   ☐ Fax
☐ Court's ECF filing system

*/s/ Nancy Murphy Kruse*
Nancy Murphy Kruse
Legal Assistant

Defendant's Notice of Removal
Fashjian v. Alaska Radiology, et al; 3:18-cv-

Page 3 of 3

LITTLER MENDELSON
310 K Street, Suite 400
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215